# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | * | |
| Petitioner, | * | CIVIL ACTION |
| v. | * | FILE NO. |
| TONY MOORE, CRAIG THOMAS, and BRIAN MCFADDEN, | * | |
| Respondents. | * | |

**DECLARATION OF LARA PADGETT**

1. I, Lara Padgett, am a Compliance Safety and Health Officer ("CSHO"), at the United States Department of Labor, Occupational Safety and Health Administration ("OSHA"), Tampa Area Office, in Tampa, Florida.

2. In my capacity as a CSHO, I conduct health and safety inspections to ensure compliance with the Occupational Safety and Health Act of 1970 and its implementing regulations.

3. On October 9, 2012, in my capacity as a CSHO, I initiated a follow-up inspection (Inspection No. 674958) of Respondent's work site at 6600 Sea Harbor Drive, Orlando, Florida 32821 (the "work site").

4. The follow-up inspection concerns the present status of violations previously described in two citation items that issued to SeaWorld on August 23, 2010 (as part of Inspection

No. 314336850) and the abatement of the violations. The violations include the conditions of stairways described in Citation 1, Item 1; the exposure of employees to struck-by and drowning hazards associated with performances with the killer whale "Tilikum" described in Citation 2, Item 1, instance (a); and the exposure of employees to struck-by and drowning hazards associated with performances with other killer whales described in Citation 2, Item 1, instance (b).

5. On November 16, 2012, I served subpoenas *ad testificandum* to SeaWorld supervisors, Tony Moore, Director of Environmental Health and Safety; Craig Thomas, supervisory Trainer; and Brian McFadden, supervisory Trainer by leaving the subpoenas at the principal place of business of their employer, 9205 South Park Center Loop, Suite 400, Orlando, Florida, which is identified as the principal corporate address of SeaWorld of Florida, LLC, by the Florida Department of State, Division of Corporations.

6. The testimony sought from Mr. Moore, Mr. Thomas, and Mr. McFadden is relevant to the ongoing inspection that OSHA initiated on October 9, 2012, and is necessary to complete this investigation.

7. All of the information sought by the subpoenas for testimony, including facts associated with Citation 2, Item 1, instance (b), is essential, relevant and appropriate for a determination by OSHA as to whether the employees of SeaWorld have been exposed to unsafe and unhealthy working conditions at the work site and whether SeaWorld has violated the Act and the standards promulgated pursuant to the Act.

9. SeaWorld's failure to comply with the subpoenas *ad testificandum* has hindered OSHA's ability to complete the inspection and determine whether any violative conditions exist for which citations and notifications of penalty should issue.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 7th day of December 2012.

Lara Padgett

# EXHIBIT B

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 314336850
**Inspection Dates:** 02/24/2010 - 08/23/2010
**Issuance Date:** 08/23/2010

## Citation and Notification of Penalty

**Company Name:** Sea World of Florida LLC
**Inspection Site:** 7007 Sea Harbor Drive, Orlando, FL 32821

---

Citation 1 Item 1 Type of Violation: Serious

29 CFR 1910.23(d)(1)(iii): Flight(s) of stairs with 4 or more risers, less than 44 inches wide and having both sides open were not equipped with one standard stair railing on each side:

Instance a) Employees were exposed to a 10'3" fall hazard in that, a stairway railing system was not installed on the front side left bridge of the Believe stage in Shamu Stadium.

Instance b) Employees were exposed to a 10'3" fall hazard in that, a stairway railing system was not installed on the front side right bridge of the Believe stage in Shamu Stadium

**ABATEMENT DOCUMENTATION REQUIRED**

Date By Which Violation Must be Abated: 09/02/2010
Proposed Penalty: $ 5000.00

EXHIBIT A

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 314336850
**Inspection Dates:** 02/24/2010 - 08/23/2010
**Issuance Date:** 08/23/2010

## Citation and Notification of Penalty

**Company Name:** Sea World of Florida LLC
**Inspection Site:** 7007 Sea Harbor Drive, Orlando, FL 32821

---

Citation 2 Item 1 Type of Violation: Willful

Section 5(a)(1) of the Occupational Safety and Health Act of 1970: The employer did not furnish employment and a place of employment which were free from recognized hazards that were causing or likely to cause death or serious physical harm to employees in that:

a) At the Shamu Stadium pools, animal trainers working with Tilikum, a killer whale with known aggressive tendencies and who was involved in the 1991 death of a whale trainer at a marine park in Vancouver, British Columbia, were exposed to struck-by and drowning hazards in that they were allowed unprotected contact with Tilikum while conducting "drywork" performances on pool ledges, slideouts and platforms, on or about 2/24/2010.

Among other methods, one feasible and acceptable means of abatement would be to not allow animal trainers to have any contact with Tilikum unless they are protected by a physical barrier.

b) At the Shamu Stadium pools, animal trainers working with killer whales other than Tilikum were exposed to struck-by and drowning hazards in that they were allowed to engage in "waterwork" and "drywork" performances with the killer whales without adequate protection, on or about 2/24/2010.

Among other methods, feasible and acceptable means of abatement would prohibit animal trainers from working with killer whales, including "waterwork" or "dry work", unless the trainers are protected through the use of physical barriers or through the use of decking systems, oxygen supply systems or other engineering or administrative controls that provide the same or a greater level of protection for the trainers.

**ABATEMENT DOCUMENTATION REQUIRED**

Date By Which Violation Must be Abated: 09/02/2010
Proposed Penalty: $ 70000.00

EXHIBIT B

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 314336850
**Inspection Dates:** 02/24/2010 - 08/23/2010
**Issuance Date:** 08/23/2010

## Citation and Notification of Penalty

**Company Name:** Sea World of Florida LLC
**Inspection Site:** 7007 Sea Harbor Drive, Orlando, FL 32821

---

Citation 3 Item 1 Type of Violation: Other

29 CFR 1910.305(j)(2)(v): Receptacle installed outdoors in a location protected from the weather or in other damp locations shall have an enclosure for the receptacle that is weatherproof when the receptacle is covered (attachment plug cap not inserted and receptacle covers closed).

a) At the Shamu Stadium, weather proof enclosures were missing from electrical receptacles located within the main Shamu Stadium, observed on or about 3/5/2010.

**ABATEMENT DOCUMENTATION REQUIRED**

Date By Which Violation Must be Abated: 09/25/2010
Proposed Penalty: $ 0.00

Leslie L. Grove III
Leslie L. Grove III
Area Director

EXHIBIT C

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.